**38**

## ORDER

PER CURIAM.

Anthony M. Masi appeals from a summary judgment order entered by the Circuit Court of St. Louis County dismissing his claims against Chris and Mindy Gianoulakis for negligent and intentional failure to disclose a defective condition in the home they sold him. Perceiving no jurisprudential value in a published opinion, we enter this summary order.

Judgment affirmed. Rule 84.16(b).

## ORDER

PER CURIAM.

In this negligence case, the trial court granted defendants' request for a directed verdict. The court held that plaintiff failed to make a submissible case of negligence.

Plaintiff did not file a motion for a new trial. Thus, our review is limited to plain error.

We have reviewed the briefs of the parties and the record on appeal. No error of law appears. An opinion would have no precedential value. We affirm pursuant to Rule 84.16(b).

**The IDEA SHOP, INC., d/b/a Klein Arts and Crafts, Eas'L Publications and Essential Author's Services, Ltd., Plaintiff/Appellant,**

v.

**ENVIRONMENTAL FLOORING SUPPLIES, INC., and Fortune 2B Company, No. 1, L.P., Defendants/Respondents.**

**Nos. 70737, 70764.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 29, 1997.

**Sidney E. RUBIN and Missouri Container, Inc. Plaintiffs/Appellants,**

v.

**BROWN GROUP, INC., Defendant/Respondent.**

**No. 71207.**

Missouri Court of Appeals,
Eastern District,
Division Five.

April 29, 1997.

Russell F. Watters, Winthrop B. Reed, III, Brown & James, P.C., St. Louis, for plaintiff/appellant.

Scott C. Harper, Brinker, Doyen & Kovacs, Clayton, for defendants/respondents.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

Terry L. Pabst, St. Louis, for plaintiffs/appellants.

Terrence J. O'Toole, James F. Bennett, St. Louis, for defendant/respondent.

Before AHRENS, C.J., CRANDALL, J., and BLACKMAR, Senior Judge.